GENERAL CRUSHED STONE COMPANY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 80225.) [666 NYS2d 533] —Order unanimously affirmed without costs. Memorandum: The Court of Claims properly denied claimant's application for an additional allowance pursuant to EDPL 701, following payment of the judgment (*see, Ross Lawn Equip. v State of New York,* 213 AD2d 1076; *Niagara Mohawk Power Corp. v Great Bend Aggregates* [appeal No. 2], 181 AD2d 998). (Appeal from Order of Court of Claims, NeMoyer, J.—Additional Allowance.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.